TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH, NVSBN 5634
First Assistant United States Attorney
District of Nevada

DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
Social Security Administration
Program Litigation 1
Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4801
Facsimile: (415) 744-0134
E-Mail: David.Priddy@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN DOUGLAS HINES, | ) |
| | ) Case No.: 2:26-cv-00096-MDC |
| Plaintiff, | ) |
| | ) **UNOPPOSED MOTION FOR** |
| v. | ) **EXTENSION OF TIME** |
| | ) (***FIRST REQUEST***) |
| FRANK BISIGNANO, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

Defendant, Frank Bisignano, Commissioner of Social Security (Defendant), respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Brief (Dkt. No. 12, filed on April 24, 2026), currently due on May 26, 2026, by 30 days, through and including June 25, 2026. Defendant further requests that the deadline for Plaintiff's optional reply brief be extended to July 9, 2026.

This is Defendant's first request for an extension of time to file a response.  Good cause exists for this extension.  Defendant's undersigned counsel has had to take unexpected sick leave that has made him unable to work on the Commissioner's brief.  Additional time is needed for Defendant's undersigned counsel to consider the issues Plaintiff raised in his opening brief.  Counsel for Defendant advised counsel for Plaintiff of the need for this extension on May 21, 2026.  Counsel for Plaintiff confirmed that Plaintiff does not object to this request.

It is therefore requested that Defendant be granted an extension of time to respond to Plaintiff's Brief, through and including June 25, 2026.  This request is made in good faith and with no intention to unduly delay the proceedings.

Dated: May 21, 2026             Respectfully submitted,

SIGAL CHATTAH
First Assistant United States Attorney

I certify that Artificial Intelligence was not used
to prepare the foregoing document

/s/ David Priddy
DAVID PRIDDY
Special Assistant United States Attorney

**ORDER**

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED:  May 22, 2026

2